# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

**UNITED STATES OF AMERICA**

v.

**DIAZ-LOPEZ, CUAUHTEMOC ALFREDO**

Case No. 2:25-mj-00034-KFW

## CRIMINAL COMPLAINT

I, Scott Hanton, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
### (Re-Entry of Alien After Prior Deportation)

On about January 22, 2025, in the District of Maine, the defendant,

**DIAZ-LOPEZ, CUAUHTEMOC ALFREDO**

an alien, was found in the United States of America after having been previously removed therefrom on about April 29, 2019, at San Ysidro, California and not having obtained the express consent of the United States Attorney General, or its successor, the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States of America,

In violation of Title 8, United States Code, Sections 1326(a).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

_____
Scott Hanton
Border Patrol Agent

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jan 27 2025

City and state: Portland, Maine

_____
Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title