UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CUAUHTEMOC ALFREDO DIAZ-LOPEZ** | Case No. |

# INFORMATION

The United States Attorney charges:

## COUNT ONE
### (Re-Entry of Alien After Prior Deportation)

On about January 22, 2025, in the District of Maine, the defendant,

**CUAUHTEMOC ALFREDO DIAZ-LOPEZ**

an alien, was found in the United States of America after having been previously removed therefrom on about April 29, 2019, through San Isidro, California, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States of America.

Dated this 20th day of February 2025, in Portland, Maine.

CRAIG M. WOLFF
Acting United States Attorney

*[signature]*
Anne K. Yereniuk
Assistant U.S. Attorney