# Complaint Synopsis

*Defendant requires Spanish language interpreter. *

| | |
|---|---|
| **Name:** | Cuauhtemoc Alfredo Diaz-Lopez |
| **Address:** (City & State Only) | Danville, Virginia |
| **Year of Birth and Age:** | 1992/32 years old |
| **Violations:** | Count 1: Illegal Re-entry of Alien after Prior Deportation |
| **Penalties:** | Count 1: Imprisonment of not more than two years (8 U.S.C. § 1326(a)) and/or a fine not to exceed $250,000 (8 U.S.C. §1326(b)(2), 18 U.S.C. §3571(b)(3)). <br><br> This is a Class E felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count 1: Not more than one year. 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than one year. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: One year less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be appointed |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Border Patrol Agent Scott Hanton |
| **Detention Status:** | Detained in immigration custody |
| **Foreign National:** | Yes |
| **Foreign Consular Notification Provided:** | Yes, declined notification request |
| **County:** | York |

| | |
|---|---|
| **AUSA:** | Anne Yereniuk |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |

# Synopsis - Related Case Sheet (Not For Publication)

| | |
|---|---|
| **Name of Case:** | <u>United States v. Cuauhtemoc Alfredo Diaz-Lopez</u> |
| **Is this defendant a current or former member of any bar? Y/N** | N |
| **Caption of any related case(s) including docket numbers:** | N/A |
| **Caption of any search warrants and criminal complaints filed in this case including docket numbers:** | N/A |
| **Target letter sent to this person resulting in appointment of counsel? Y/N** | N |